# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS VIDAL, | ) | Case No. SACV 13-1960 JVS(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| WARDEN PARAMO, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 1, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE